# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Sharife Roberson<br><br>       Defendant. | Criminal Action No. 19-362 (JMV)<br><br><br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

On May 28, 2020, defendant Sharife Roberson filed a letter with the court requesting appointment of new counsel (D.E.47). The Court held a hearing today, June 10, 2020 by ZOOM video conferencing to address this matter. The financial inability of the defendant to retain counsel having been previously established by Magistrate Judge Joseph Dickson on November 19, 2018, and the defendant not having waived the appointment of counsel, and for the reasons stated on the record today,

It is on this 10th day of June, 2020,

**O R D E R E D** that Lisa Mack, Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further order of the Court. Counsel after consulting with the defendant shall submit to the court an updated Financial Affidavit on his behalf.

                                                                                           John Michael Vazquez, U.S.D.J.